

PJM/CAH: USAO#2018R00271

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2018 DEC 12  AM 5: 43

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DEPUTY

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | |
| ) | **CRIMINAL NO. JKB-18-0326** |
| **JONATHAN EDGES,** ) | **(Conspiracy to Distribute Controlled** |
| **a/k/a "Toby,"** ) | **Substances, 21 U.S.C. § 846; Using,** |
| ) | **Carrying, Brandishing, and** |
| **and** ) | **Discharging a Firearm During and in** |
| ) | **Relation to a Drug Trafficking Crime,** |
| **MARQUISE MCCANTS,** ) | **18 U.S.C. § 924(c); Use of a Firearm** |
| **a/k/a/ "Digga,"** ) | **Resulting in Death During and in** |
| ) | **Relation to a Drug Trafficking Crime,** |
| **Defendants.** ) | **18 U.S.C. § 924(j); Concealing Person** |
| ) | **from Arrest, 18 U.S.C. § 1071; Aiding** |
| ) | **and Abetting, 18 U.S.C. § 2)** |
| ) | |

## SECOND SUPERSEDING INDICTMENT

### COUNT ONE

**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

From at least in or about December 2016 through in or about February 2017, in the

District of Maryland and elsewhere, the defendants,

**JONATHAN EDGES, a/k/a "Toby,"**
**and**
**MARQUISE MCCANTS, a/k/a "Digga,"**

did knowingly and willfully combine, conspire, confederate, and agree with others known and

unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to

distribute a mixture or substance containing a detectable amount of heroin, a Schedule I

controlled substance; and a mixture or substance containing a detectable amount of cocaine, a

Schedule II controlled substance, in violation of Section 841(a)(1) and (b)(1)(C) of Title 21,

United States Code.

21 U.S.C. § 846

## COUNT TWO

### (Using, Carrying, and Brandishing a Firearm During and in Relation to a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about January 16, 2017, in the District of Maryland, the defendant,

### JONATHAN EDGES, a/k/a "Toby,"

did knowingly use, carry, and brandish a firearm during and in relation to a drug trafficking

crime for which he may be prosecuted in a court of the United States, namely conspiracy to

distribute and possess with intent to distribute controlled substances, in violation of Title 21 of

the United States Code Section 846, as alleged in Count One of this Indictment, and also did

knowingly possess said firearm in furtherance of that drug trafficking crime.

18 U.S.C. § 924(c)
18 U.S.C. § 2

3

## COUNT THREE

### (Use of a Firearm Resulting in Death During and in Relation to a Drug Trafficking Crime)

The Grand Jury for the District of Maryland further charges that:

On or about January 19, 2017, in the District of Maryland, the defendants,

### JONATHAN EDGES, a/k/a "Toby,"
### and
### MARQUISE MCCANTS, a/k/a "Digga,"

did knowingly use, carry, brandish, and discharge a firearm during and in relation to a drug

trafficking crime for which they may be prosecuted in a court of the United States, namely

conspiracy to distribute and possess with intent to distribute controlled substances, in violation of

Title 21 of the United States Code Section 846, as alleged in Count One of this Indictment, and

also did possess said firearm in furtherance of that drug trafficking crime; and in the course of a

violation of Section 924(c) of Title 18, United States Code, did cause the death of another

person, George Cookson, through the use of a firearm, which killing constituted murder in the

first degree, as defined in Section 1111 of Title 18, United States Code.

18 U.S.C. § 924(c)
18 U.S.C. § 924(j)
18 U.S.C. § 1111
18 U.S.C. § 2

4

## COUNT FOUR

### (Concealing Person from Arrest)

The Grand Jury for the District of Maryland further charges that:

Between on or about November 16, 2016 and on or about February 5, 2017, in the

District of Maryland, the defendant,

### JONATHAN EDGES, a/k/a "Toby,"

harbored and concealed Marquise McCants, a/k/a "Digga," a person for whose arrest a warrant

and process had been issued under the provisions of a law of the United States, so as the prevent

the discovery and arrest of Marquise McCants, a/k/a "Digga," after notice and knowledge of the

fact that a warrant and process had been issued for the apprehension of Marquise McCants, a/k/a

"Digga," and which warrant had been issued on a felony charge.

18 U.S.C. § 1071
18 U.S.C. § 2

Robert K. Hur   PJH
_____
ROBERT K. HUR
UNITED STATES ATTORNEY

A TRUE BILL:

December 12, 2018
_____
Date

**SIGNATURE REDACTED**
_____
Foreperson

5