**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **18-cr-326-JKB** |
| **v.** | : | |
| | : | |
| **MARQUISE MCCANTS** | : | |
| | : | |

**RESPONSE TO GOVERNMENT'S MOTION TO DISMISS**

Marquise McCants, by and through undersigned counsel, respectfully submits the

following in response to the Government's Motion to Dismiss (ECF 80).  Mr. McCants does not

object to the dismissal but requests that the dismissal be with prejudice.

Respectfully submitted,

*/s/ Jenifer Wicks*
_____
JENIFER WICKS

Law Offices of Jenifer Wicks
6909 Laurel Avenue Suite 5419
Takoma Park MD 20913
Telephone (240) 468-4892
Facsimile (202) 478-0867
Jenifer@JWicksLaw.com

_____/s/_____
CHRISTOPHER NIETO

Law Office of Christopher C. Nieto, L.L.C.
1 N. Charles Street Suite 1301
Baltimore, Maryland 21201
(443) 863-8189

## CERTIFICATE OF SERVICE

I hereby certify that I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing to the other parties in this matter.

*/s/ Jenifer Wicks*

_____

JENIFER WICKS