IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. JKB-18-0326 |
| ) | |
| MARQUISE MCCANTS, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons stated in the Government's Motion to Dismiss, the Court hereby orders that counts one and three of the second superseding indictment be dismissed without prejudice only as to Marquise McCants.

April 2, 2019
Date

_____
The Honorable James K. Bredar
United States District Judge